SEDGWICK, DETERT, MORAN & ARNOLD LLP
ELLIOTT D. OLSON  Bar No. 41501
elliott.olson@sdma.com
FREDERIC F. GRANNIS  Bar No. 185119
frederic.grannis@sdma.com
JEFFREY H. IKEJIRI    (BAR NO. 245256)
jeffrey.ikejiri@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
CATERPILLAR INC.

FILED
2008 MAR -5  P 12: 13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNETH ORNDORF,

   Plaintiff,

v.

CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,

   Defendant.

CASE NO. C08 01276 PVT
(State Court Case Number: M87442)

**DEFENDANT CATERPILLAR INC.'S DEMAND FOR JURY TRIAL**

Defendant CATERPILLAR INC. hereby demands a trial by jury of all issues of fact in this action.

DATED:  March 3, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Elliott D. Olson
Frederic F. Grannis
Jeffrey H. Ikejiri
Attorneys for Defendant
CATERPILLAR INC.

LA/726018v1

-1-

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On March 4, 2008, I served the within document(s):

**DEFENDANT CATERPILLAR INC.'S DEMAND FOR JURY TRIAL**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Robert D. Ponce, Esq.<br>**LAW OFFICES OF ROBERT D. PONCE**<br>787 Munras Avenue, Suite 200<br>Monterey, CA 93940 | Attorneys for Plaintiff **KENNETH ORNDORF**<br><br>T/ (831) 649-0515<br>F/ (831) 649-3397 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 4, 2008, at Los Angeles, California.

*/s/ Evelyn Rodriguez*
Evelyn Rodriguez

LA/726018v1

-2-