5:08-cv-01276-PVT

SEDGWICK DETERT MORAN & ARNOLD LLP
ELLIOTT D. OLSON (Bar No. 041501)
    elliott.olson@sdma.com
FREDERIC F. GRANNIS (Bar No. 185119)
    frederic.grannis@sdma.com
JEFFREY H. IKEJIRI (Bar No. 245256)
    jeffrey.ikejiri@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone:  (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
CATERPILLAR INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| KENNETH ORNDORF,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:08-cv-01276-PVT<br><br>**PROOF OF SERVICE OF INITIAL AND STANDING ORDERS ON PLAINTIFF BY MAIL** |

LA/751647v1

5:08-cv-01276-PVT

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                                            ) SS:
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, am not a party to the within action, and am making this service at the instruction of an attorney admitted to practice before this court. My business address is Sedgwick Detert Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California (90017-5556).

On March 6, 2008, I served the document(s) entitled (1) *Order Setting Initial Case Management Conference and ADR Deadlines*; (2) *Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull* [rev. 01/05/06]; (3) *Standing Order for All Judges of the Northern Disstrict of California* [re Contents of Joint Case Management Statement]; (4) *Standing Order Regarding Case Management in Civil Case*; and (5) *Magistrate Judge Patricia Trumbull Settlement Conference Procedures* on interested parties by placing true copies thereof in a sealed envelope addressed as follows:

Robert D. Ponce
**Law Offices of Robert D. Ponce**
787 Munras Avenue
 Suite 200
Monterey, CA 93940

Attorneys for Plaintiff
**Kenneth Orndorf**
(bus) (831) 649-0515
(fax) (831) 649-3397
rponce@redshift.com
sgarcia@redshift.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

EXECUTED on March 6, 2008, at Los Angeles, California.

I DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Linda Marks*
Linda Marks