UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH ORNDORF,<br><br>  Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 5:08-cv-01276-JW<br><br>**[PROPOSED] ORDER GRANTING CATERPILLAR INC. LEAVE TO AMEND ITS ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**Judge: Hon. James Ware** |

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, **IT IS ORDERED** that Caterpillar Inc. is granted leave to amend its Answer to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2008       _____
                                                    Hon. James Ware
                                                    UNITED STATES DISTRICT JUDGE