*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH ORNDORF,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:08-cv-01276-JW<br><br>[PROPOSED] ORDER GRANTING CATERPILLAR INC. LEAVE TO AMEND ITS ANSWER TO PLAINTIFF'S COMPLAINT<br><br>Judge: Hon. James Ware |

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, **IT IS ORDERED** that Caterpillar Inc. is granted leave to amend its Answer to Plaintiff's Complaint. Defendant shall file its Amended Answer within fifteen (15) days from the date of this Order.

**IT IS SO ORDERED.**

DATED: ___May 27__, 2008          _____
                                   Hon. James Ware
                                   UNITED STATES DISTRICT JUDGE

LA/764273v1                        1                         5:08-cv-01276-PVT