1  SEDGWICK DETERT MORAN & ARNOLD LLP
   ELLIOTT D. OLSON (Bar No. 041501)
2    elliott.olson@sdma.com
   FREDERIC F. GRANNIS (Bar No. 185119)
3    frederic.grannis@sdma.com
   JEFFREY H. IKEJIRI (Bar No. 245256)
4    jeffrey.ikejiri@sdma.com
   801 South Figueroa Street, 19th Floor
5  Los Angeles, CA 90017-5556
   Telephone: (213) 426-6900
6  Facsimile: (213) 426-6921

7  Attorneys for Defendant
   CATERPILLAR INC.
8

9              UNITED STATE DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 | KENNETH ORNDORF,                      | Case No. 5:08-cv-01276-JW
13 |         Plaintiff,                    |
14 | v.                                    | **ADR CERTIFICATION BY PARTIES AND COUNSEL**
15 | CATERPILLAR INC., a Delaware          |
   | Corporation and DOES 1 through 50,    |
16 | inclusive,                            | **Judge: Hon. James Ware**
17 |         Defendants.                   |

18

19      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the
20 undersigned certifies that he or she has:
21

22      (1)   Read the handbook entitled *Dispute Resolution Procedures in the*
23 *Northern District of California* on the Court's ADR Internet site
24 www.adr.cand.uscourts.gov *(Limited printed copies are available from the*
25 *clerk's office for parties in cases not subject to the court's Electronic Case*
26 *Filing program (ECF) under General Order 45)*;
27
28      (2)   Discussed the available dispute resolution options provided by the
   Court and private entities; and

1  (3)  Considered whether this case might benefit from any of the available
2  dispute resolution options.

4  DATED: May 23, 2008

   By: _____
   CATERPILLAR INC.

11 DATED: 6/2/08             **SEDGWICK DETERT MORAN & ARNOLD LLP**

   By: _____
   Elliott D. Olson
   Frederic F. Grannis
   Jeffrey H. Ikejiri
   Attorneys for Defendant
   CATERPILLAR INC.