1  SEDGWICK DETERT MORAN & ARNOLD LLP
   ELLIOTT D. OLSON (Bar No. 041501)
2    elliott.olson@sdma.com
   FREDERIC F. GRANNIS (Bar No. 185119)
3    frederic.grannis@sdma.com
   JEFFREY H. IKEJIRI (Bar No. 245256)
4    jeffrey.ikejiri@sdma.com
   801 South Figueroa Street, 19th Floor
5  Los Angeles, CA  90017-5556
   Telephone:  (213) 426-6900
6  Facsimile:   (213) 426-6921

7  Attorneys for Defendant
   CATERPILLAR INC.
8

9             UNITED STATE DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12  KENNETH ORNDORF,                    Case No. 5:08-cv-01276-JW

13         Plaintiff,

14  v.                                  **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

15  CATERPILLAR INC., a Delaware
    Corporation and DOES 1 through 50,
16  inclusive,                          **Judge:  Hon. James Ware**

17         Defendants.

18

19       Counsel report that they have met and conferred regarding ADR and have

20  reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21       The parties agree to participate in the following ADR process:

22       **Court Processes:**

23       ___   Non-binding Arbitration (ADR L.R. 4)

24       ___   Early Neutral Evaluation (ENE)  (ADR L.R. 5)

25       ___   Mediation (ADR L.R. 6)

26       *(Note:  Parties who believe that an early settlement conference with a*

27  *Magistrate Judge is appreciably more likely to meet their needs than any other*

28  *form of ADR, must participate in an ADR phone conference and may not file this*

LA/783088v1                           1                              cv-01276-JW

1 | form. They must instead file a Notice of Need for ADR Phone Conference. See
2 | Civil Local Rule 16-8 and L.R. 3-5)
3 | **Private Process:**
4 | __X__ Private ADR (please identify process and provider): Private
5 | mediation. The parties will work together to choose a mutually agreeable private
6 | mediator.
7 |
8 | The parties agree to hold the ADR session by:
9 | ___ the presumption deadline (The deadline is 90 days from the date of
10 | the order referring the case to an ADR process unless otherwise
11 | ordered.)
12 | __X__ other requested deadline: December 15, 2008
13 |
14 | DATED: May 30, 2008                LAW OFFICES OF ROBERT D. PONCE
15 |
16 |
17 |                                    By: _____
                                             Robert D. Ponce
18 |                                    Attorneys for Plaintiff
19 |                                    KENNETH ORNDORF
20 |
21 |
22 | DATED: ~~May 30, 2008~~            SEDGWICK DETERT MORAN & ARNOLD LLP
23 |         6/2/08
24 |
25 |                                    By: _____
26 |                                    Elliott D. Olson
                                        Frederic F. Grannis
27 |                                    Jeffrey H. Ikejiri
                                        Attorneys for Defendant
28 |                                    CATERPILLAR INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH ORNDORF,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:08-cv-01276-JW<br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**Judge: Hon. James Ware** |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

\_\_\_ Non-binding Arbitration

\_\_\_ Early Neutral Evaluation (ENE)

\_\_\_ Mediation

\_\_\_ Private ADR

Deadline for ADR session

\_\_\_ 90 days from the date of this order.

\_\_\_ Other: _____

**IT IS SO ORDERED**

DATED: June 2, 2008

_____

UNITED STATES MAGISTRATE JUDGE