1  Robert D. Ponce (State Bar: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  (831) 649-0515

4  Attorney for Plaintiff, KENNETH ORNDORF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KENNETH ORNDORF, | ) | CASE NO.:   5:08-cv-01276-JW |
| Plaintiff, | ) | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| vs. | ) | |
| CATERPILLAR, INC., a Delaware Corporation and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

1.   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* obtained from the Court's ADR Internet site www.ad.cand.uscourts.gov

2.   Discussed the available dispute resolution options provided by the Court and private entities; and

3.   Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 2, 2008

/ s/
KENNETH ORNDORF, Plaintiff

ADR CERTIFICATION BY PARTIES AND COUNSEL
Orndorf v. Caterpillar, Inc., et al.
Case No.: 5:08-cv-01276-JW

1  Dated: June 2, 2008                                         LAW OFFICES OF ROBERT D. PONCE

2

3                                                              By:          /s/
                                                                      ROBERT D. PONCE
4                                                                     Attorney for Plaintiff

5  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this efiled document.
6
   Dated: June 2, 2008                                         LAW OFFICES OF ROBERT D. PONCE
7

8                                                              By:          /s/
                                                                      ROBERT D. PONCE
9                                                                     Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28