```
 1  SEDGWICK DETERT MORAN & ARNOLD LLP
      ELLIOTT D. OLSON (Bar No. 041501)
 2      elliott.olson@sdma.com
      FREDERIC F. GRANNIS (Bar No. 185119)
 3      frederic.grannis@sdma.com
      JEFFREY H. IKEJIRI (Bar No. 245256)
 4      jeffrey.ikejiri@sdma.com
    801 South Figueroa Street, 19th Floor
 5  Los Angeles, CA  90017-5556
    Telephone:  (213) 426-6900
 6  Facsimile:  (213) 426-6921

 7  Attorneys for Defendant
    CATERPILLAR INC.
 8
```

9                    UNITED STATE DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | |
|---|---|
| 12  KENNETH ORNDORF, | Case No. 5:08-cv-01276-JW |
| 13       Plaintiff, | |
| 14  v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 15  CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, | |
| 16  inclusive, | **Judge:  Hon. James Ware** |
| 17       Defendants. | |

18

19         Counsel report that they have met and conferred regarding ADR and have

20  reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21         The parties agree to participate in the following ADR process:

22         **Court Processes:**

23         ____   Non-binding Arbitration (ADR L.R. 4)

24         ____   Early Neutral Evaluation (ENE) (ADR L.R. 5)

25         ____   Mediation (ADR L.R. 6)

26         (Note:  Parties who believe that an early settlement conference with a

27  Magistrate Judge is appreciably more likely to meet their needs than any other

28  form of ADR, must participate in an ADR phone conference and may not file this

1 | *form. They must instead file a Notice of Need for ADR Phone Conference. See*
2 | *Civil Local Rule 16-8 and L.R. 3-5)*
3 | **Private Process:**
4 |     _X_   Private ADR (please identify process and provider): Private
5 | mediation. The parties will work together to choose a mutually agreeable private
6 | mediator.
7 |
8 |     The parties agree to hold the ADR session by:
9 |     ___ the presumption deadline *(The deadline is 90 days from the date of*
10 | *the order referring the case to an ADR process unless otherwise*
11 | *ordered.)*
12 |     _X_ other requested deadline: December 15, 2008
13 |
14 | DATED: May 30, 2008        LAW OFFICES OF ROBERT D. PONCE
15 |
16 |
17 |                                 By: _____
                                           Robert D. Ponce
18 |                                            Attorneys for Plaintiff
19 |                                            KENNETH ORNDORF
20 |
21 |
22 | DATED: ~~May 30, 2008~~        SEDGWICK DETERT MORAN & ARNOLD LLP
23 |          6/2/08
24 |
25 |                                 By: _____
                                           Elliott D. Olson
26 |                                            Frederic F. Grannis
27 |                                            Jeffrey H. Ikejiri
                                           Attorneys for Defendant
28 |                                            CATERPILLAR INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH ORNDORF,<br><br>  Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 5:08-cv-01276-JW<br><br>[PROPOSED] ORDER SELECTING ADR PROCESS<br><br>Judge: Hon. James Ware |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

___ Non-binding Arbitration

___ Early Neutral Evaluation (ENE)

___ Mediation

_X_ Private ADR

Deadline for ADR session

___ 90 days from the date of this order.

_X_ Other: ____December 15, 2008____

**IT IS SO ORDERED**

DATED: June 2, 2008



UNITED STATES DISTRCIT JUDGE