SEDGWICK DETERT MORAN & ARNOLD LLP
FREDERIC F. GRANNIS (Bar No. 185119)
 frederic.grannis@sdma.com
JEFFREY H. IKEJIRI (Bar No. 245256)
 jeffrey.ikejiri@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone:  (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
CATERPILLAR INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH ORNDORF,<br><br>   Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 5:08-cv-01276-JW<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE;** **[PROPOSED ORDER]**<br><br>**Judge:  Hon. James Ware** |

**IT IS HEREBY STIPULATED**, by and between the parties to this Stipulation, by and through their respective counsel of record, that the date for completing mediation be extended not less than 46 days from December 15, 2008 to January 30, 2009.  The parties seek this extension because plaintiff's counsel has two trials in December, and the parties' selected mediator, Jack Williams, is unavailable the entire months of November and December.  Due to the complexity of the product at issue, and because of his experience with similar actions, Mr. Williams was selected as the mediator for this case. **The parties have secured a mediation date of January 13, 2009 with Mr. Williams.**

The Preliminary Pretrial and Trial Setting Conference are scheduled for May 18, 2009, and the last day to hear dispositive motions is August 24, 2009.

1  parties agree that extending this deadline will not have any adverse effect on these
2  dates or any other pretrial dates or deadlines scheduled in this matter. The parties
3  therefore respectfully request that the Court extend the deadline to complete
4  mediation from December 15, 2008 to January 30, 2009.

DATED: October 7, 2008         SEDGWICK DETERT MORAN & ARNOLD LLP

                               By: _____
                                   Frederic F. Grannis
                                   Jeffrey H. Ikejiri
                                   Attorneys for Defendant
                                   CATERPILLAR INC.

DATED: October 1, 2008         LAW OFFICES OF ROBERT PONCE

                               By: _____
                                   Robert Ponce
                                   Attorneys for Plaintiff
                                   KENNETH ORNDORF

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline to complete mediation be extended from December 15, 2008 to January 30, 2009.

**IT IS SO ORDERED.**

DATED: ___Oct. 15___, 2008     _____
                               Hon. James Ware
                               UNITED STATES DISTRICT JUDGE