UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH ORNDORF, | Case No. 5:08-cv-01276-JW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| CATERPILLAR INC., a Delaware Corporation and DOES 1 through 50, inclusive, | |
| Defendants. | [FED. R. CIV. PROC. 41(A)(1)(ii) & (a)(2)] |

Pursuant to Rule 41(a)(1)(ii) and (a)(2) of the Federal Rules of Civil Procedure, plaintiff Kenneth Orndorf and defendant Caterpillar Inc., by and through their respective attorneys of record, hereby stipulate that the above-captioned action in its entirety, including all claims asserted therein, is hereby dismissed *with prejudice.* Each party shall bear its own costs, expenses, and attorneys' fees.

/ / /

/ / /

LA/693573v1

IT IS SO STIPULATED.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

Dated: 2-17-09   By: _____
FREDERIC F. GRANNIS
Attorneys for Defendant
CATERPILLAR INC.

LAW OFFICES OF ROBERT D. PONCE

Dated: 2/4/09   By: _____
ROBERT D. PONCE
Attorneys for Plaintiff
KENNETH ORNDORF

## ORDER

Based upon the stipulation of the parties and for good cause appearing, it is ordered that the above-captioned action in its entirety, including all claims asserted therein, is dismissed *with prejudice*. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

DATED:   February 20, 2009

_____
Hon. James Ware
U.S. District Court Judge

LA/693573v1